```
IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NICKOYAN WALLACE,              )
                               )
           Plaintiff,          )      9:05CV1086
                               )
     v.                        )
                               )
D.D.S. B. DAWSON and P.A.      )      ORDER AND JUDGMENT
S. LIBERTY,                    )
                               )
           Defendants.         )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendants' motion to dismiss, or in the alternative, for summary judgment is granted; plaintiff's complaint is dismissed.

DATED this 29th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court